UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOYD ZINCK                                   JURY TRIAL DEMANDED

v.                                           CASE NO.  3:10CV

PORTFOLIO RECOVERY ASSOCIATES, LLC

## COMPLAINT

1. This is an action for damages, costs and attorney's fees seeking relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 and the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. § 36a-645

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is an individual who resides in Connecticut.

4. Plaintiff used a Capital One credit card ending in 5375 for personal, family, or household use until he defaulted in 2002.

5. Defendant purchased said defaulted card on April 22, 2009.

6. Defendant send plaintiff a Welcome letter dated May 11, 2009.

7. On May 19, 2009, Plaintiff notified defendant of his dispute that the account was time barred, that he was represented by counsel, and that defendant cease collection.

8. Defendant communicated with plaintiff again on the Capital One credit card ending in 5375 by letter dated July 28, 2010.

## FIRST COUNT

9. The defendant violated 15 U.S.C. § 1692c(a)(2) and §1692c(c) by communicating with plaintiff knowing he was represented by counsel and had requested no further collection efforts.

**SECOND COUNT**

10. The defendant violated Reg. Conn. State Agencies §36a-647-3(b)(5) by communicating with plaintiff knowing he was represented by counsel.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that relief be granted as follows:

(a) That judgment be entered against the Defendant for $1,000 statutory damages, pursuant to 15 U.S.C. § 1692k;  and  for $1,000 statutory damages, pursuant to Conn. Gen. Stat. § 36a-648.

(b) That the Court award costs and reasonable attorneys' fees, pursuant to 15 U.S.C. § 1692k(a)(3); and,

(f) That the Court grant such other and further relief as may be just and proper.

        PLAINTIFF,

BY   **/s/ Joanne S. Faulkner**
Joanne S. Faulkner ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

2